## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

QUEEN HIGGS,
Plaintiff,

vs.

CITY OF CHICAGO, et al.

Case Number:

**FILED**
**DECEMBER 12, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**PH**    **07 C 6989**

**JUDGE GUZMAN**
**MAGISTRATE JUDGE COX**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

| | |
|---|---|
| NAME (Type or print) <br> Katie Z. Ehrmin | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Katie Z. Ehrmin | |
| FIRM <br> Law Office of Jeffrey B. Granich | |
| STREET ADDRESS <br> 53 West Jackson Blvd., Suite 840 | |
| CITY/STATE/ZIP <br> Chicago, IL 60604 | |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6292120 | TELEPHONE NUMBER <br> 312-939-9009 |
|---|---|

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐