IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| QUEEN HIGGS, | ) | |
| | ) | **No. 07 C 6989** |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE GUZMAN |
| | ) | |
| CITY OF CHICAGO, ILLINOIS and CHICAGO, | ) | |
| POLICE OFFICER I. CHAVEZ, Star No. | ) | Magistrate Judge Cox |
| 3278, and CHICAGO POLICE OFFICER | ) | |
| A.R. SCHURMAN, Star No. 13751, | ) | |
| | ) | JURY DEMAND |
| Defendants. | ) | |

## NOTICE OF MOTION

To:  Jeffrey B. Granich
Law Offices of Jeffrey B. Granich
53 West Jackson Boulevard
Suite 840
Chicago, Illinois  60604
jeffreygranich@mac.com

**PLEASE TAKE NOTICE** that I have filed this day with the Clerk of the above Court **City of Chicago's Agreed Motion for Extension of Time to Answer or Otherwise Plead to Plaintiff's Complaint**, a copy of which is attached hereto and herewith served upon you.

**PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Guzman, or before such other Judge sitting in his stead, on the 7th day of February, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, and then and there present the attached motion.

**DATED** at Chicago, Illinois this 29th day of January, 2008.

        Respectfully submitted,

        MARA S. GEORGES  
        Corporation Counsel  
        City of Chicago

By:    /s/ Thomas J. Aumann  
        THOMAS J. AUMANN  
        Assistant Corporation Counsel

City of Chicago, Department of Law  
30 North LaSalle Street  
Suite 1020  
Chicago, Illinois  60602  
(312) 744-1566 (Phone)  
(312) 744-3989 (Fax)  
Atty. No. 06282455