IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Queen Higgs, | ) |
|       Plaintiff, | ) Case No 07 C 6989 |
| v. | ) Judge Guzman |
| | ) Magistrate Judge Cox |
| City of Chicago, Illinois, and Chicago Police Officer I. Chavez, Star No. 3278, and Chicago Police Officer A.R. Schurman, Star No. 13751, | ) JURY TRIAL DEMANDED |
|       Defendants. | ) |

**NOTICE OF AGREED MOTION**

TO:    Jeffrey B. Granich & Katie Ehrmin
Law Offices of Jeffrey B. Granich
53 W. Jackson Blvd.
Suite 840
Chicago, IL 606040
(312) 939-9009

     **PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANT OFFICERS' AGREED MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD,** a copy of which is attached hereto and herewith served upon you.

     **PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Guzman, or before such other Judge sitting in his place or stead, on the 14th day of February, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard and then and there present the attached Motion.

     **DATED** at Chicago, Illinois this 7th day of February, 2008.

                                                               Respectfully Submitted,

                                                               s/ Matthew R. Hader

30 North La Salle St., Ste. 1400          MATTHEW R. HADER
Chicago, Illinois 60602                    Assistant Corporation Counsel
312.742.9586
Atty. No. 06284330