IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Queen Higgs, ) | |
| ) | Case No 07 C 6989 |
| Plaintiff, ) | |
| ) | Judge Guzman |
| v. ) | |
| ) | Magistrate Judge Cox |
| City of Chicago, Illinois, and Chicago ) | |
| Police Officer I. Chavez, Star No. 3278, and ) | JURY TRIAL DEMANDED |
| Chicago Police Officer A.R. Schurman, ) | |
| Star No. 13751, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF FILING**

TO:   Jeffrey B. Granich & Katie Ehrmin
      Law Offices of Jeffrey B. Granich
      53 W. Jackson Blvd.
      Suite 840
      Chicago, IL  60604
      (312) 939-9009

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANTS' ANSWER, DEFENSES AND JURY DEMAND TO PLAINTIFF'S COMPLAINT,** a copy of which is attached hereto and herewith served upon you.

**DATED** at Chicago, Illinois this 4th day of March, 2008.

Respectfully Submitted,

  s/ Matthew R. Hader
MATTHEW R. HADER
Assistant Corporation Counsel

30 North La Salle St., Ste. 1400
Chicago, Illinois 60602
312.742.9586
matt.hader@cityofchicago.org
Atty. No. 06284330