UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| QUEEN HIGGS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 07 C 6989 |
| | ) | |
| vs. | ) | JUDGE GUZMAN |
| | ) | |
| CITY OF CHICAGO, ILLINOIS, | ) | MAGISTRATE JUDGE COX |
| and CHICAGO POLICE OFFICERS | ) | |
| I. CHAVEZ, Star No. 3278, and | ) | |
| A.R. SCHURMAN, Star No. 13751, | ) | |
| | ) | |
| Defendants. | ) | **JURY TRIAL DEMANDED** |

## SCHEDULING ORDER

1. **DISCOVERY**

The following time limits and deadlines shall be applicable.

   A. All disclosures requires by Rule 26(a)(1) shall be made on or before April 11, 2008

   B. Any amendments to pleadings or actions to join other parties shall be filed on or before May 30, 2008

   C. The cut off of fact discovery is June 30, 2008.

   D. The parties shall disclose expert testimony pursuant to Rule 26(a)(2) on or before July 18, 2008.

   E. The parties may depose the other side's expert at any time prior to July 31, 2008

   F. The parties shall disclose any rebuttal expert pursuant to Rule 26 (a)(2)(c) at any time prior to August 8, 2008.

   G. The parties shall have until August 31, 2008, to depose the opposing party's rebuttal expert.

2. **Motions**

Any dispositive motions to be filed on or before July 31, 2008.

3. **Final Pretrial Order and Conference**

The final pretrial order shall be filed on or before October 31, 2008. (Ordinarily this date will be 90 days after the deadline for dispositive motions.)

The final pretrial conference will be held on_____at_____.m.
(This date and time will be set by the Court at the Rule 16 conference.)

4. **Trial**

Trial is set in this matter on_____at 10:00 a.m. (The trial date will be set by the Court at the Rule 16 conference.)

5. **Status Hearings**

A further status hearing/preliminary pretrial conference should be held on_____.


Respectfully Submitted,


/s/  Matthew Hader
**Matthew Hader**
City of Chicago, Law Department
Special Asst Corporation Counsel
30 North LaSalle, Suite 1400
Chicago, IL 60602
(312) 742-9586


/s/  Megan Kelley Kennedy
**Meghan Kelley Kennedy**
City of Chicago
30 North LaSalle Street
Chicago, IL 60602
312 744 9653

/s/  Jeffrey B. Granich
**Jeffrey B. Granich**
53 W. Jackson Blvd.
Suite 840
Chicago, IL 60604
A.R.D.C. No. 6207030
(312) 939-9009