UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Queen Higgs
                  Plaintiff,

v.                                     Case No.: 1:07−cv−06989
                                            Honorable Ronald A. Guzman

City of Chicago, et al.
                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 5, 2008:

      MINUTE entry before Judge Honorable Ronald A. Guzman:Status hearing held on 3/5/2008. Court adopts proposed discovery schedule. Rule 26(a)(1) disclosures by 4/11/08. Amended pleadings and joinder of parties due by 5/30/2008. Fact discovery ordered closed by 6/30/2008. Expert disclosures by 7/18/08 and deposed by 7/31/08. Rebuttal experts disclosed by 8/8/08 and deposed by 8/31/08. Dispositive motions due by 7/31/2008. Status hearing set for 7/7/2008 at 09:30 AM. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.