**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                        Case Number: 07 C 6989

Higgs, Queen

v.

City of Chicago, et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendants Chavez and Schurman

| |
|---|
| NAME (Type or print) <br> Christopher A. Wallace |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Christopher A. Wallace |
| FIRM <br> City of Chicago Department of Law, Individual Defense Litigation Division |
| STREET ADDRESS <br> 30 N. LaSalle St., Ste. 1400 |
| CITY/STATE/ZIP <br> Chicago, Illinois 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6278655 | TELEPHONE NUMBER <br> (312) 742-6408 |
|---|---|

| | |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐  NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓  NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐