IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| QUEEN HIGGS, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CHICAGO POLICE OFFICERS IIDEFONSO )<br>CHAVEZ (#3278), ANDREW SCHURMAN )<br>(#13751) and the CITY OF CHICAGO, )<br>)<br>Defendants. ) | No. 07 C 6989<br><br>Judge Guzman<br><br>Magistrate Judge Cox |

## STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled pursuant to the Release and Settlement Agreement executed by the parties and, therefore, this cause should be dismissed with prejudice and with each party bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement and the Agreed Order of Dismissal.

Respectfully submitted,
CITY OF CHICAGO a Municipal Corporation

_____
Jeffrey B. Granich
Attorney for plaintiff,
Queen Higgs
Law Office of Jeffrey B. Granich
53 W. Jackson Blvd., Suite 840
Chicago, Illinois 60604
(312) 939-9009
Attorney No. 6207630
DATE: 6/25/08

MARA S. GEORGES
Corporation Counsel
Attorney for City of Chicago

BY: _____
Christopher Wallace
Assistant Corporation Counsel
Attorney for defendants,
Iidefonso Chavez and Andrew Schurman
30 North LaSalle Street, Suite 1400
Chicago, Illinois 60602
(312) 742-6508
Attorney No. 06278655
DATE: 6/27/08

07 C 6989