**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Queen Higgs
                         Plaintiff,

v.                                             Case No.: 1:07−cv−06989
                                                      Honorable Ronald A. Guzman

City of Chicago, et al.
                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, June 30, 2008:

       MINUTE entry before the Honorable Ronald A. Guzman:Pursuant to parties stipulation to dismiss, this action is hereby dismissed with prejudice and with each party bearing its own attorneys' fees and costs in accordance with the terms of the Release and Settlement Agreement and the Agreed Order of Dismissal. Any pending motions or schedules in this case are stricken as moot.Civil case terminated. Civil case terminated. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.