Order [Form] (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ronald A. Guzman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6989 | **DATE** | 6/30/2008 |
| **CASE TITLE** | QUEEN HIGGS vs. CHICAGO POLICE OFFICERS IIDEFONSO CHAVEZ, et al | | |

**DOCKET ENTRY TEXT**

Enter agreed order of dismissal.

■ [ For further detail see separate order(s).]   Docketing to mail notices.

| | Courtroom Deputy Initials: | CG |
|---|---|---|